## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**DEBRA FIALEK, an individual,**

      **Plaintiff,**

**v.**                         **Case No. 3:18-cv-136-J-39MCR**

**AT&T CORP., a foreign for-profit
corporation, SUNRISE CREDIT
SERVICES, INC., a foreign for-profit
corporation, and I.C. SYSTEMS, INC.,
a foreign for-profit corporation,**

      **Defendants.**

_____/

### ORDER OF DISMISSAL

This matter is before the Court on the Plaintiff's Unopposed Motion to Dismiss Defendant AT&T Corp. Without Prejudice (Doc. 17; Motion) filed by Plaintiff on March 26, 2018. In the Motion, Plaintiff requests that the Court dismiss the claims raised in this action as to Defendant AT&T Corp. without prejudice. _See_ Motion at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby **ORDERED**:

    1.    The Plaintiff's Unopposed Motion to Dismiss Defendant AT&T Corp. Without Prejudice (Doc. 17) is **GRANTED**.

    2.    This case is **DISMISSED without prejudice** as to Defendant AT&T Corp. only.

    3.    The Clerk of the Court is directed terminate Defendant AT&T Corp. from the Court Docket.

**DONE** and **ORDERED** in Jacksonville, Florida this 9th day of April, 2018.

BRIAN J. DAVIS
United States District Judge

cs

Copies to:

Counsel of Record