## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**DEBRA FIALEK, an individual,**

      **Plaintiff,**

**v.**                               **Case No. 3:18-cv-136-J-39MCR**

**SUNRISE CREDIT SERVICES, INC., a
foreign for-profit corporation, I.C.
SYSTEMS, INC., a foreign for-profit
corporation, BELLSOUTH
TELECOMMUNICATIONS, LLC., a
foreign limited liability company, and
ENHANCED RECOVERY COMPANY,
LLC, a foreign limited liability
company,**

      **Defendants.**

                           /

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation for Dismissal with Prejudice as to Defendant Sunrise Credit Services, Inc. (Doc. No. 52; Stipulation) filed on December 10, 2018. In the Stipulation, Plaintiff and Defendant Sunrise Credit Services, Inc. state that they agree to the dismissal of this case with prejudice. See Stipulation at 1. Accordingly, it is hereby

      **ORDERED**:

      1.      This case is **DISMISSED with prejudice** as to Defendant Sunrise Credit Services, Inc. only.

      2.      Each party shall bear its own costs and fees.

      3.      The Clerk of the Court is directed to terminate Defendant Sunrise Credit Services, Inc. from the Court Docket.

**DONE** and **ORDERED** in Jacksonville, Florida this $\underline{13}^{th}$ day of December, 2018.

BRIAN J. DAVIS
United States District Judge

cs

Copies to:

Counsel of Record