## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

DEBRA FIALEK,
an individual,                                      Case No.:  3:18-cv-00136-BJD-MCR

      Plaintiff,

v.

BELLSOUTH TELECOMMUNICATIONS, LLC
d/b/a AT&T
a foreign for-profit corporation,
I.C. SYSTEM, INC.,
a foreign for-profit corporation, and
ENHANCED RECOVERY COMPANY, LLC,
a foreign limited liability company,

      Defendants.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

**COMES NOW**, Plaintiff, Debra Fialek, and Defendants, Bell South Telecommunications, LLC d/b/a AT&T, I.C. Systems, Inc., and I.C. System, Inc., (hereinafter collectively, "the Parties"), by and through their respective counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and Middle District of Florida, Local Rule 3.08, hereby jointly stipulate and move the Court to dismiss all claims asserted in this action as to Defendants, Bell South Telecommunications, LLC d/b/a AT&T, and I.C. Systems, Inc., with prejudice.  By agreement, each side shall bear its own costs and attorneys' fees.

Respectfully submitted,

**LEAVENLAW**                                      **MAYER BROWN LLP**

/s/ *Ian R. Leavengood*                           s/ *Kyle J. Steinmetz*
**Ian R. Leavengood, Esq., FBN 010167**           **Kyle J. Steinmetz, Esq., PHV**
Northeast Professional Center                      71 S. Wacker Drive
3900 First Street North, Suite 100                 Chicago, IL 60606
St. Petersburg, FL 33703                           Phone:  (312) 701.8547
Phone: (727) 327-3328                              Fax:     (312) 701-7711

Fax:    (727) 327-3305
consumerservice@leavenlaw.com
*Attorneys for Plaintiff*

ksteinmetz@mayerbrown.com
*Attorneys    for    Defendant,    Bellsouth
Telecommunications, LLC d/b/a  AT&T Corp.*

~and~

**TORRES VICTOR**

*/s/ Scott A. Markowitz*
Scott A. Markowitz, Esq., FBN 016608
1451 W. Cypress Road, Suite 211
Ft. Lauderdale, FL 33309
Phone:  (954)416-2468
smarkowitz@torresvictor.com
*Attorneys    for    Defendant,    Bellsouth
Telecommunications, LLC d/b/a AT&T Corp.*


**GOLDEN SCAZ GAGAIN, PLLC**

*/s/ Charles J. McHale*
Charles J. McHale, Esq., FBN 0026555
201 North Armenia Avenue
Tampa, FL  33609-2303
Phone:  (813) 251-5500
Fax:      (813) 251-3675
cmchale@gsgfirm.com
*Attorneys for Defendant, I.C. System, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on March 25, 2020, I filed a true and correct copy of the above

and foregoing *Joint Stipulation for Dismissal with Prejudice* via CM/ECF, and a copy of the same

has been served electronically to the following counsel of record:

Kyle J. Steinmetz, Esq., PHV
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
ksteinmetz@mayerbrown.com
*Attorneys for Defendant, Bellsouth*
*Telecommunications, LLC, d/b/a AT&T*

~and~

Scott A. Markowitz, Esq.
Torres Victor
1451 W. Cypress Road, Suite 211
Ft. Lauderdale, FL 33309
smarkowitz@torresvictor.com
*Attorneys for Defendant, Bellsouth*
*Telecommunications, LLC, d/b/a AT&T*

Charles J. McHale, Esq.
Golden Scaz Gagain, PLLC
201 North Armenia Avenue
Tampa, FL  33609
jproulx@gsgfirm.com
cmchale@gsgfirm.com
dgolden@gsgfirm.com
*Attorneys for Defendant, I.C. System, Inc.*

Scott S. Gallagher, Esq.
Smith, Gambrell & Russell, LLP
50 North Laura Street, Suite 2600
Jacksonville, FL 32202
sgallagher@sgrlaw.com
*Attorneys for Respondent, Enhanced*
*Recovery Company, LLC*

/s/ *Ian R. Leavengood*
Attorney