**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DEBRA FIALEK,
an individual,                                                                 Case No.:  3:18-cv-00136-BJD-MCR

      Plaintiff,
v.

BELLSOUTHTELECOMMUNICATIONS, LLC
d/b/a AT&T
a foreign for-profit corporation,
I.C. SYSTEM, INC.,
a foreign for-profit corporation, and
ENHANCED RECOVERY COMPANY, LLC,
a foreign limited liability company,

      Defendants.
_____/

**NOTICE OF DISMISSAL WITH PREJUDICE**
**AS TO DEFENDANT ENHANCED RECOVERY COMPANY, LLC**

**COMES NOW**, Plaintiff, Debra Fialek, and Defendant, Enhanced Recovery Company, LLC, (hereinafter, "the Parties"), by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) and Middle District of Florida, Local Rule 3.08, files this *Notice of Dismissal with Prejudice as to Defendant Enhanced Recovery Company, LLC*,  and states:

The Parties have finalized the terms of and executed the confidential settlement agreement.  By agreement, each side shall bear its own costs and attorneys' fees.

Dated:  April 13, 2020

                                                Respectfully submitted,

                                                **LEAVENLAW**

/s/ *Ian R. Leavengood*
**Ian R. Leavengood, Esq., FBN 010167**
Northeast Professional Center
3900 First Street North, Suite 100
St. Petersburg, FL 33703
Phone: (727) 327-3328
Fax: (727) 327-3305
consumerservice@leavenlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 13, 2020, I filed a true and correct copy of the above and foregoing *Notice of Dismissal with Prejudice as to Defendant, Enhanced Recovery Company, LLC* via email and/or CM/ECF which will be served electronically to the following counsel of record:

Scott S. Gallagher, Esq.
Smith, Gambrell & Russell, LLP
50 North Laura Street, Suite 2600
Jacksonville, FL 32202
sgallagher@sgrlaw.com
*Attorneys for Respondent, Enhanced Recovery Company, LLC*

Kyle J. Steinmetz, Esq., PHV
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
ksteinmetz@mayerbrown.com
*Attorneys for Defendant, Bellsouth Telecommunications, LLC, d/b/a AT&T*

~and~

Scott A. Markowitz, Esq.
Torres Victor
1451 W. Cypress Road, Suite 211
smarkowitz@torresvictor.com
*Attorneys for Defendant, Bellsouth Telecommunications, LLC, d/b/a AT&T*

Charles J. McHale, Esq.
Golden Scaz Gagain, PLLC
201 North Armenia Avenue
Tampa, FL  33609
jproulx@gsgfirm.com
cmchale@gsgfirm.com
dgolden@gsgfirm.com
*Attorneys for Defendant, I.C. System, Inc.*


/s/ *Ian R. Leavengood*
Attorney