UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**DEBRA FIALEK, an individual,**

    **Plaintiff,**

v.                                     Case No. 3:18-cv-136-J-39MCR

**I.C. SYSTEM, INC., a foreign for-profit corporation, BELLSOUTH TELECOMMUNICATIONS, LLC., a foreign limited liability company, and ENHANCED RECOVERY COMPANY, LLC, a foreign limited liability company,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation for Dismissal with Prejudice (Doc. No. 62; Stipulation) filed on March 25, 2020.  In the Stipulation, Plaintiff and Defendants, Bell South Telecommunications, LLC d/b/a AT&T and I.C. System, Inc., state that they agree to the dismissal of this case with prejudice. See Stipulation at 1. Accordingly, it is hereby

    **ORDERED**:

    1.    This case is **DISMISSED with prejudice** as to Defendants, Bell South Telecommunications, LLC d/b/a AT&T and I.C. System, Inc.

    2.    Each party shall bear its own costs and fees.

    3.    The Clerk of the Court is directed to terminate Defendants, Bell South Telecommunications, LLC d/b/a AT&T and I.C. System, Inc. from the Court Docket.

**DONE** and **ORDERED** in Jacksonville, Florida this 13th day of April, 2020.

_____
BRIAN J. DAVIS
United States District Judge

cs

Copies to:

Counsel of Record