## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**DEBRA FIALEK, an individual,**

      **Plaintiff,**

**v.**                            **Case No. 3:18-cv-136-J-39MCR**

**I.C. SYSTEMS, INC., a foreign for-profit corporation, BELLSOUTH TELECOMMUNICATIONS, LLC., a foreign limited liability company, and ENHANCED RECOVERY COMPANY, LLC, a foreign limited liability company,**

      **Defendants.**

_____/

### ORDER OF DISMISSAL

This matter is before the Court on the Notice of Dismissal With Prejudice as to Defendant Enhanced Recovery Company, LLC (Doc. 64; Notice) filed by Plaintiff on April 13, 2020.  In the Notice, Plaintiff states that Plaintiff and Defendant Enhanced Recovery Company, LLC, voluntarily dismiss the claims raised in this action.  See Notice at 1.  Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby **ORDERED**:

    1.    This case is **DISMISSED with prejudice.**

    2.    The Clerk of the Court is directed to close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this <u>23</u><sup>rd</sup> day of April, 2020.

_____

BRIAN J. DAVIS
United States District Judge

cs

Copies to:

Counsel of Record